**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

---

UNITED PARCEL SERVICE, INC.,

Plaintiff,

Case No.: 2:26-cv-1973

v.

JOHN R. MAYFIELD,
OZARK MOTOR LINES, INC., and
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

Defendants.

---

## NOTICE OF REMOVAL

---

**NOW COMES** Defendants John R. Mayfield, Ozark Motor Lines, Inc., and Travelers Property Casualty Company of America ("Defendants"), by and through their undersigned attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and hereby files a Notice of Removal regarding the removal of the above-captioned cause of action from Kenosha County Circuit Court to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division ("District Court").

In support thereof, Defendants state the following:

1. This action was originally filed by United Parcel Service, Inc. ("Plaintiff") against Defendants on or about September 23, 2026, in Kenosha County Circuit Court, entitled *United Parcel Service, Inc., Plaintiff, vs. John R. Mayfield, Ozark Motor Lines, Inc., and Travelers Property Casualty Company of America, Defendants,* Case No. 2026CV001202. Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint is attached as **Exhibit A**.

2. Personal service was made upon Defendant Ozark Motor Lines, Inc.'s Registered Agent on or about September 24, 2026. Personal service was made upon Defendant Travelers Property Casualty Company of America on September 24, 2026. Personal service was made upon Defendant John R. Mayfield on or about October 3, 2026. Copies of the respective Services of Process are attached as **Exhibit B**.

3. This case may be removed from Kenosha County Circuit Court to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court on the basis of the diversity of the parties.

4. This is a civil action in which Plaintiff claims damages resulting from an incident where Defendant John R. Mayfield ("Mayfield") was operating a vehicle owned by his employer, Ozark Motor Lines, Inc. ("Ozark") and was involved in an accident with Plaintiff United Parcel Service, Inc.'s vehicle, driven by Nathaniel Austin Holden, on or about January 23, 2025. Plaintiff claims it sustained damages as a direct and proximate result of Defendant John R. Mayfield's alleged negligence **(Exhibit A, ¶¶ 7 and 11)**.

5. The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs **(Exhibit A, ¶ 11)**.

6. Defendant Ozark Motor Lines, Inc. is incorporated in and has its principal place of business in Memphis, Tennessee, and is deemed to be a citizen of Tennessee pursuant to 28 U.S.C. § 1332(c)(1).

7. Defendant John R. Mayfield is a citizen of Tennessee.

8. Defendant Travelers Property Casualty Company of America is incorporated in and has its principal place of business in Hartford, Connecticut, and is deemed to be a citizen of Connecticut pursuant to 28 U.S.C. § 1332(c)(1).

9. Plaintiff United Parcel Service, Inc. is incorporated in the state of Delaware and has its principal place of business in Atlanta, Georgia, and is deemed to be a citizen of Delaware pursuant to 28 U.S.C. § 1332(c)(1).

10. The time for filing this notice of removal has not expired, because thirty (30) days have not elapsed from September 24, 2026, the earliest date upon which a Defendant was personally served with the Summons and Complaint.

8. Counsel that has appeared on behalf of Plaintiff in Kenosha County Circuit Court is:

SIMPSON & DEARDORFF,S.C.
Brittany L. Mirabella SBN 1080096
320 East Buffalo Street, Suite 300
Milwaukee, WI 53202
Tel: (414) 273-8550
bmirabella@simpsondeardorff.com

9. This Notice of Removal is being served upon Plaintiff's counsel by the state court's electronic document management/electronic filing ("EDMS") which will send notification of such filing to all attorneys of record.

**WHEREFORE**, Defendants give notice that the above-captioned action, now pending against them in Kenosha County Circuit Court, is being removed therefrom to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division.

Dated October 23, 2026.

**MWH LAW GROUP LLP**
Attorneys for Defendants John R. Mayfield, Ozark Motor Lines, Inc., and Travelers Property Casualty Company of America

By: _/s/ Electronically signed by Morgan C. Schultz_
Morgan C. Schultz SBN 1147007
Fernando M. Mihaic SBN 1125964
623 West Vliet Street
Milwaukee, WI 53212
Telephone: (414) 436-0353
Facsimile: (414) 436-0354
morgan.schultz@mwhlawgroup.com
fernando.mihaic@mwhlawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 23, 2026, a copy of this document was served upon all parties in the above cause by the **electronic document management system ("CM/ECF")**, which will send notification of such filing to all attorneys of record.

**Attorneys for Plaintiff United Parcel Service, Inc.**
SIMPSON & DEARDORFF,S.C.
Brittany L. Mirabella SBN 1080096
320 East Buffalo Street, Suite 300
Milwaukee, WI 53202
Tel: (414) 273-8550
bmirabella@simpsondeardorff.com

_s/ electronically signed by Paiton J. Robertson_